FILED
2014 APR 18 PM 12:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

ARMANDO RODRIGUEZ
DEFENDANT

CASE NUMBER: 14-0795M-1

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: APRIL 17, 2014  4:45  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 841(a)(1), 21 USC 846

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: ___

7. Year of Birth: 1984

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: Smith

10. Remarks (if any): ___

11. Name: JASON VAN BENNEKUM  (please print)

12. Office Phone Number: 818-535-4296
13. Agency: ATF
14. Signature: [signed]
15. Date: 4/18/14

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION